UNITED STATES BANKRUPTCY COURT
Western District of North Carolina
Bryson City Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case no.     07-20023 |
| RICHARD D. WOOD, | ) | |
| | ) | Chapter      11 |
| Debtor. | ) | |

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY AND REQUEST FOR HEARING**

The Debtor, Richard D. Wood, hereby objects to the Motion for Relief from Stay filed by United Community Bank ("Creditor") and respectfully requests that a hearing be held on May 23, 2007 to determine whether Creditor is entitled to the relief it is seeking.

In support of this objection the Debtor states that the real property securing Creditor's debt is valuable. There is a substantial "equity cushion" which serves as adequate protection for Creditor's interest. The property is a commercial parcel and is currently being marketed for sale. Allowing Creditor's motion would unfairly prejudice the Debtor and his unsecured creditors, while denying the motion and/or allowing the Debtor a reasonable amount of time to sell the property will not unduly prejudice Creditor.

The Debtor specifically requests that the May 23, 2007 hearing be designated a preliminary hearing and that a hearing on the merits, including an evidentiary hearing, be scheduled for a subsequent date.

THIS 4th day of May, 2007.

**KIGHT LAW OFFICE**

By:   */s/*
      _____
      D. RODNEY KIGHT, JR.
      Attorney for the Debtor
      9 SW Pack Square, Suite 200
      Asheville, NC 28801
      (828) 255-9881
      (828) 255-9886 facsimile
      info@kightlaw.com

## CERTIFICATE OF SERVICE:

     I certify that the Creditor filing the Motion for Relief from Stay in this matter have been served with this Objection by sending a copy through the US Postal Service in a postage prepaid, properly addressed envelope.

     THIS 4th day of May, 2007.

                                              */s/*

                                          _____
                                          TERRI PIERCE, legal assistant to
                                          D. Rodney Kight, Jr.

UNITED COMMUNITY BANK
c/o Van Winkle Law Firm
Attn. Mark Pinkston
PO Box 7376
Asheville, NC 28802